UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| RONALD WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:10CV00034 ERW |
| ) | |
| BEVERLY MORRISON, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Ronald Williams's Motion to Compel Responses to Interrogatories and Requests for Production [ECF No. 27]. After a hearing was held on the Motion, the Court ordered Defendants Beverly Morrison, *et al.*, (Defendants) to produce various documents for *in camera* review [ECF No. 47].

The Court has completed its review of the documents. The Court finds that the employment contracts of all named Defendants are irrelevant to the case. This request for production is denied.

The Court finds that Defendants' insurance policy is irrelevant to the case. This request for production also is denied.

The Court finds that the single email that discusses Plaintiff's care is relevant to the case. Defendants are ordered to produce this email within ten (10) days of this Order.

The Court finds that a few pages of the contract between Defendant Correctional Medical Services, Inc., and the State of Missouri are relevant to the case. Therefore, the Court orders Defendants to produce only the following pages of the contract to Plaintiff within ten (10) days of this Order:

- From the section titled "Executive Summary," page 3;

- From the section titled, "Offeror's Experience and Reliability," pages 24-25; and,

- From the section titled, "Method of Performance," pages 175-180, 195.

The Court reminds Plaintiff that these documents are subject to the Protective Order entered on September 28, 2011 [ECF No. 48].

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's request for production of the employment contracts of all named Defendants and the insurance policy is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants produce within ten (10) days of this Order the aforementioned email and the listed pages of Correctional Medical Services, Inc.'s contract with the State of Missouri.

Dated this  15th  day of November, 2011.

*E. Richard Webber* (signature)

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE